**ORDR**
**LEAVITT LAW FIRM**
**DENNIS M. LEAVITT, ESQ.**
Nevada Bar No. 3757
**FRANK A. LEAVITT, ESQ.**
Nevada Bar No. 13907
229 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 384-3963
(702) 384-6105 (Fax)
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LUCERO, | Civil Action No. 2:17-cv-01399-JAD-CWH |
| Plaintiff, | |
| vs. | |
| SMITH – PALLUCK ASSOCIATES CORP. D/B/A LAS VEGAS ATHLETIC CLUBS | |
| Defendants. | |

## ORDER ON STIPULATION TO CONTINUE DEADLINES TO OBJECT TO INITIAL PRE-TRIAL SCHEDULING ORDER AND TO SUBMIT RULE 26(f) REPORT

This matter having come before the Court upon the stipulation of the parties, as evidenced by the signatures of their counsel below,

**IT IS HEREBY ORDERED** as follows:

1. The current deadline to object to the Initial Pre-trial Scheduling Order shall be extended from August 24, 2017, through and including September 15, 2017.

2. The current deadline to submit the Rule 26(f) Report shall be extended from August 24, 2017, through and including September 15, 2017.

///

///

- 1 -

3. That there is new counsel coming on to the above referenced case, that need time to prepare for said deadlines.

**IT IS SO ORDERED**

DATED this __ September 18, 2017

_____
**UNITED STATES MAGISTRATE JUDGE**

Stipulated and Agreed to by:

DATED this  24  day of August, 2017.

**LEAVITT LAW FIRM**

/s/ Dennis M. Leavitt
**DENNIS M. LEAVITT, ESQ.**
Nevada Bar No. 3757
229 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Attorney for *Defendants*

Stipulated and Agreed to by:

DATED this  24  day of August, 2017.

**KAZEROUNI LAW GROUP**

/s/ Michael Kind
**MICHAEL KIND, ESQ.**
Nevada Bar No. 13903
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148
Attorney for *Plaintiff*