Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUCERO,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS<br><br>Defendant. | Case No. 2:17-cv-01399-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 60 DAYS**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-4, plaintiff David Lucero ("Plaintiff"), defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case by approximately 60 days. The requested extension will (1) allow the Parties to schedule and complete the remaining depositions in this action, (2) provide LVAC's new counsel an opportunity to review the discovery completed to date, and (3) allow the Parties to meet and confer about certain outstanding discovery issues. The Parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to complete discovery in this case.

DMWEST #17510621 v2

1 This is the Parties' second request for an extension to the scheduling order
2 deadlines. The Parties make this request in good faith and not for purposes of
3 delay.

## I. Discovery Completed and Remaining

Plaintiff has served written discovery to LVAC, a third-party subpoena, an expert disclosure, and a notice of deposition of LVAC's Rule 30(b)(6) designee. LVAC has served objections to Plaintiff's written discovery. LVAC may seek to issue written discovery and depose Plaintiff. The Parties also plan to meet and confer regarding certain pending discovery matters.

## II. Good Cause (and Excusable Neglect) Exists for the Requested Extension

Good cause exists for the requested extension. It will minimize burden and increase efficiency by providing time for: the Parties to schedule and complete party depositions; the Parties to meet and confer to narrow—if not resolve—pending discovery disputes; and LVAC's new counsel, Ballard Spahr (retained in March 1, 2018) to review the current status of discovery, including the issues relevant to the pending discovery disputes and upcoming Rule 30(b)(6) deposition of LVAC. The requested extension will also allow the Parties to complete discovery in a way that fully develops the factual record in this case, so the Court and/or fact finder can consider Plaintiff's claims and LVAC's defenses on their merits.

Additionally, excusable neglect exists for the timing of this stipulation. As noted, LVAC has recently retained new counsel that was not previously involved in this matter. As soon as they were retained, new counsel diligently met and conferred with Plaintiff's counsel about this extension request, and Plaintiff's counsel has agreed to this stipulation.

Finally, this is only the Parties' second request to extend discovery, which they seek in good faith.

/ / /

/ / /

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000

III. <u>Proposed Discovery Deadlines</u>

The Parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order. This extension is reasonable and necessary given the good cause set forth above.

| Event | Current Deadline[1] | New Deadline |
|---|---|---|
| Close of Discovery | March 6, 2018 | May 7, 2018 |
| Dispositive Motions | April 6, 2018 | June 6, 2018 |
| Pre-Trial Order | May 7, 2018 | July 8, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted this 1st day of March, 2018.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
    Michael Kind, Esq.
    Nevada Bar No. 13903
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

    Sara Khosroabadi, Esq.
    Nevada Bar No. 13703
    HYDE & SWIGART
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: Lindsay Demaree
    Joel E. Tasca, Esq.
    Nevada Bar. No. 14124
    Lindsay C. Demaree, Esq.
    Nevada Bar No. 11949
    Stacy Rubin, Esq.
    Nevada Bar. No. 9298
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 2, 2018

---

[1] *See* ECF No. 17.