Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUCERO, | Case No. 2:17-cv-01399-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS** |
| SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS | **(Third Request)** |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 26-4, plaintiff David Lucero ("Plaintiff"), defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case by approximately 30 days. The requested extension will allow the Parties to efficiently address, without motion practice, issues raised by Plaintiff's recent production of an expert opinion and to schedule depositions. The Parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to complete discovery in this case.

This is the Parties' third request for an extension to the scheduling order deadlines. The Parties make this request in good faith and not for purposes of

DMWEST #17610968 v1

delay.

## I. Discovery Completed and Remaining

Plaintiff has served written discovery to LVAC, a third-party subpoena, an expert disclosure and supplement thereto, and a notice of deposition of LVAC's Rule 30(b)(6) designee. LVAC has served objections to Plaintiff's written discovery. LVAC intends to issue written discovery and depose Plaintiff. The Parties are in the process of conferring regarding certain pending discovery matters, including deposition scheduling.

## II. Good Cause (and Excusable Neglect) Exists for the Requested Extension

Good cause and excusable neglect exists for the requested extension. On March 29, 2018, Plaintiff served a declaration containing previously-undisclosed expert opinions. After meeting and conferring, the Parties have agreed that LVAC will not object to the timing of this expert disclosure provided that LVAC may have 30 days from March 29, 2018 to, if necessary, serve a rebuttal expert disclosure. This compromise allows the Parties and the Court to avoid expending time and resources on potential motion practice regarding the timing of Plaintiff's expert disclosure. The extended time for discovery also allows the Parties to confer regarding discovery responses and to efficiently schedule party depositions for dates and times that minimize burdens upon the witnesses and counsel. For these reasons, the Parties believe their request for an extension should be granted.

*[Continued on following page.]*

## III. Proposed Discovery Deadlines

The Parties request an order extending the deadlines for disclosure of rebuttal experts, discovery, dispositive motions, and the pre-trial order. This extension is reasonable and necessary given the good cause set forth above.

| Event | Current Deadline[1] | New Deadline |
|---|---|---|
| Disclosure of Rebuttal Expert | December 7, 2017 | Monday, April 30, 2018 |
| Close of Discovery | May 7, 2018 | Wednesday, June 6, 2018 |
| Dispositive Motions | June 6, 2018 | Friday, July 6, 2018 |
| Pre-Trial Order | July 8, 2018 | Monday, August 6, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted this 4th day of April, 2018.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
   Michael Kind, Esq.
   Nevada Bar No. 13903
   7854 W. Sahara Avenue
   Las Vegas, Nevada 89117

   Sara Khosroabadi, Esq.
   Nevada Bar No. 13703
   HYDE & SWIGART
   7854 W. Sahara Avenue
   Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
   Joel E. Tasca, Esq.
   Nevada Bar. No. 14124
   Lindsay C. Demaree, Esq.
   Nevada Bar No. 11949
   Stacy H. Rubin, Esq.
   Nevada Bar. No. 9298
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 5, 2018

---

[1] *See* ECF Nos. 11 & 22.