Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUCERO,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS<br><br>Defendant. | Case No. 2:17-cv-01399-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1 and LR 26-4, plaintiff David Lucero ("Plaintiff"), defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case by approximately 30 days. The requested extension will allow the Parties to efficiently address, without the Court's involvement, scheduling issues related to LVAC's Rule 30(b)(6) deposition, as well as issues raised following the TCPA decision from the United States Court of Appeals for the District of Columbia in *ACA International v. Federal Communications Commission* ("*ACA International*"). The Parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to proceed with

1 discovery in this case.

2 This is the Parties' fourth request for an extension to the scheduling order
3 deadlines. The Parties make this request in good faith and not for purposes of
4 delay.

## I. Discovery Completed and Remaining

Plaintiff has served written discovery to LVAC, a third-party subpoena, an expert disclosure and supplement thereto, and a notice of deposition of LVAC's Rule 30(b)(6) designee. LVAC has served responses and objections to Plaintiff's written discovery. LVAC has served written discovery to Plaintiff and a notice of Plaintiff's deposition. The Parties are in the process of conferring regarding certain pending discovery matters, including scheduling expert and possible third-party depositions.

## II. Good Cause Exists for the Requested Extension

Good cause exists for the requested extension. On March 16, 2018, the D.C. Circuit issued its ruling in *ACA International* in an effort to clarify the types of calling equipment within the TCPA's restrictions. LVAC's counsel raised certain issues as a result of the *ACA International* case. Plaintiff's counsel disagreed with LVAC's position. Additionally, due to scheduling issues, LVAC's counsel had to re-schedule LVAC's Rule 30(b)(6) deposition. After productively meeting and conferring, Plaintiff's counsel agreed as a professional courtesy, to allow additional time without Court intervention. The extended time for discovery allows the Parties to efficiently schedule party and expert depositions, and possible third-party depositions, for dates and times that minimize burdens upon the witnesses and counsel. For these reasons, the Parties believe their request for an extension should be granted.

*[Continued on following page.]*

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000

2

DMWEST #17610968 v1

## III. Proposed Discovery Deadlines

The Parties request an order extending the deadlines for disclosure of rebuttal experts, discovery, dispositive motions, and the pre-trial order. This extension is reasonable and necessary given the good cause set forth above.

| Event | Current Deadline[1] | New Deadline |
|---|---|---|
| Disclosure of Rebuttal Expert | April 30, 2018 | Wednesday, May 30, 2018 |
| Close of Discovery | June 6, 2018 | Friday, July 6, 2018 |
| Dispositive Motions | July 6, 2018 | Monday, August 6, 2018[2] |
| Pre-Trial Order | August 6, 2018 | Wednesday, September 5, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted this 30th day of April, 2018.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
    Michael Kind, Esq.
    Nevada Bar No. 13903
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

    Sara Khosroabadi, Esq.
    Nevada Bar No. 13703
    HYDE & SWIGART
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
    Joel E. Tasca, Esq.
    Nevada Bar. No. 14124
    Lindsay C. Demaree, Esq.
    Nevada Bar No. 11949
    Stacy H. Rubin, Esq.
    Nevada Bar. No. 9298
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2018

---

[1] *See* ECF Nos. 11, 22, and 26.
[2] Thirty days after July 6, 2018, falls on Sunday, August 5, 2018. The deadline is thus advanced to the next judicial day.

3

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000

DMWEST #17610968 v1