Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiff David Lucero*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Lucero,<br><br>Plaintiff,<br><br>v.<br><br>Smith-Palluck Associates Corp.,<br>d/b/a Las Vegas Athletic Clubs,<br><br>Defendant. | Case No. 2:17-cv-01399-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS**<br><br>**(FIFTH REQUEST)** |

Plaintiff David Lucero ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("Defendant") (jointly as "the Parties"), by and through their counsel of record, do hereby stipulate to modify the Court's Order, ECF No. 28, to extend discovery and dispositive motion deadlines by 30 days as follows:

(1) The last date to complete discovery from July 6, 2018, to **August 6, 2018**;

(2) The last date to file dispositive motions from August 6, 2018, to **September 6, 2018**; and

(3) The last date to file the proposed joint pretrial order from September 5, 2018, to **October 5, 2018**.

Pursuant to LR 26-4, good cause exists to amend the Scheduling Order. The Parties have diligently pursued discovery. The Parties propounded written discovery on each other and Plaintiff has taken Defendant's Rule 30(b)(6) deposition. Plaintiff's deposition is currently scheduled for June 28, 2018. Plaintiff disclosed an expert and Defendant disclosed its rebuttal expert on May 30, 2018. The Parties are conferring to schedule Defendant's expert's deposition. The Parties are also meeting and conferring about scheduling Plaintiff's expert to conduct an on-site inspection of Defendant's premises.

The Parties are also continuing to meet and confer regarding new evidence of which Plaintiff became aware for the first time at Defendant's deposition on May 22, 2018. Specifically, the Parties are meeting and conferring about prerecorded voice messages that Defendant allegedly used to call Plaintiff. Defendant's deposition transcripts are not yet available and Plaintiff may seek to meet and confer regarding other discovery after the transcripts become available. The Parties will also need to meet and confer about Plaintiff's responses to Defendant's written discovery.

Further good cause exists to amend the Scheduling Order to provide additional time to complete settlement discussions, which are actively ongoing.

Pursuant to LR 26-4(a), the Parties propounded and responded to written discovery requests, noticed each other's' depositions and disclosed experts. Numerous meet and confer discussions have been held between the Parties, resulting in additional disclosures.

1    Pursuant to LR 26-4(b), the Parties request additional time to complete
2    resolution in connection with outstanding discovery issues, as discussed above, and
3    to complete expert discovery.
4    Pursuant to LR 26-4(d), the Parties propose the following discovery and
5    dispositive motion schedule:
6    (1)  The last date to complete discovery will be **August 6, 2018**;
7    (2)  The last date to file dispositive motions will be **September 6, 2018**; and
8    (3)  The last date to file the proposed joint pretrial order will be **October 5, 2018**.
9    For the foregoing reasons, the Parties jointly request that this Court modify its
10   May 1, 2018 Order to provide an additional 30 days to complete discovery, and in
11   the ordinary course, file dispositive motions and the proposed joint pretrial order, as
12   described in the above proposed timeline.
13   ///
14   ///
15   ///

This is the Parties' fifth request for an extension of these deadlines.

DATED this 6th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Stacy H. Rubin
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
Lindsay C. Demaree, Esq. (Nevada Bar No. 11949)
Stacy H. Rubin, Esq. (Nevada Bar No. 9298)
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that the Scheduling Order, ECF No 28, is modified to extend the discovery and dispositive motion deadlines as follows:

(1) The last date to complete discovery shall be **August 6, 2018**;

(2) The last date to file dispositive motions shall be **September 6, 2018**; and

(3) The last date to file the proposed joint pretrial order shall be **October 5, 2018**.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 6, 2018, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148