Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
HYDE & SWIGART
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiff David Lucero*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Lucero,<br><br>   Plaintiff,<br><br>v.<br><br>Smith-Palluck Associates Corp. d/b/a Las Vegas Athletic Clubs,<br><br>   Defendant. | Case No: 2:17-cv-01399-JAD-CWH<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE

The dispute between Plaintiff David Lucero ("Plaintiff") and Defendant Smith-Palluck Associates Corp. d/b/a Las Vegas Athletic Clubs ("Defendant") has

been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **August 27, 2018**.

DATED this 28th day of June 2018.

        Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 28, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148