Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi
Nevada Bar No.: 13703
**Hyde & Swigart**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff David Lucero*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUCERO, | Case No. 2:17-cv-01399-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SMITH-PALLUCK ASSOCIATES CORP., d/b/a LAS VEGAS ATHLETIC CLUBS | ECF No. 37 |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff David Lucero ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. The Parties have entered into a confidential settlement agreement with respect to this action.

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 21st day of August, 2018.

| KAZEROUNI LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Michael Kind<br>   Michael Kind, Esq.<br>   Nevada Bar No. 13903<br>   7854 W. Sahara Avenue<br>   Las Vegas, Nevada 89117<br><br>   Sara Khosroabadi, Esq.<br>   Nevada Bar No. 13703<br>   HYDE & SWIGART<br>   7854 W. Sahara Avenue<br>   Las Vegas, Nevada 89117<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>   Joel E. Tasca, Esq.<br>   Nevada Bar No. 14124<br>   Lindsay C. Demaree, Esq.<br>   Nevada Bar No. 11949<br>   Stacy H. Rubin, Esq.<br>   Nevada Bar No. 9298<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

### ORDER

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2018